UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRIN MACK,

    Plaintiff,

v.                                                                              Case No: 6:20-cv-29-Orl-28LRH

COLLIS ROOFING, INC.,

    Defendant.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. 30). The assigned United States Magistrate Judge has submitted a Report (Doc. 31) recommending that the motion be granted in part and denied in part. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement (Doc. 30) is **GRANTED in part and DENIED in part**.

3. The confidentiality provision of the Settlement Agreement (Doc. 30 at 9 ¶ 9b) is hereby **SEVERED** from the Settlement Agreement.

4. The parties' Settlement Agreement (Doc. 30 at 5–12), as amended by the Court, is a fair and reasonable resolution of a bona fide dispute under the FLSA.

5. This case is **DISMISSED with prejudice**.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on August 12, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record